1:13-cv-05930-RJS

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

**MANDATE**

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1st day of October, two thousand and fourteen.

Before:     Robert D. Sack,
               Gerard E. Lynch,
               Raymond J. Lohier, Jr.,
                  *Circuit Judges*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1022/2014

The Otoe-Missouria Tribe of Indians, a federally-recognized Indian Tribe, Great Plains Lending, LLC, a wholly-owned tribal limited liability company, American Web Loan, Inc., a wholly-owned tribal corporation, Otoe-Missouria Consumer Finance Services Regulatory Commission, a tribal regulatory agency, Lac Vieux Desert Band of Lake Superior Chippewa Indians, a federally-recognized Indian Tribe, Red Rock Tribal Lending, LLC, a wholly-owned tribal limited liability company, Lac Vieux Desert Tribal Financial Services Regulatory Authority, a tribal regulatory agency,

Plaintiffs - Appellants,

**JUDGMENT**
Docket No. 13-3769

v.

New York State Department of Financial Services, Benjamin M. Lawsky, in his official capacity as Superintendent of the New York State Department of Financial Services,

Defendants - Appellees.

---

The appeal in the above captioned case from an order of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the order of the district court is AFFIRMED.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 10/23/2014