UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
THE OTOE-MISSOURIA TRIBE, a federally-recognized Indian Tribe; GREAT PLAINS LENDING, LLC, a wholly-owned tribal limited liability company; AMERICAN WEB LOAN, INC., a wholly-owned tribal corporation; OTOE-MISSOURIA CONSUMER FINANCE SERVICES REGULATORY COMMISSION, a tribal regulatory agency; LAC VIEUX DESERT BAND OF LAKE SUPERIOR CHIPPEWA INDIANS, a federally-recognized Indian Tribe; RED ROCK TRIBAL LENDING, LLC, a wholly-owned tribal limited liability company; and LAC VIEUX DESERT TRIBAL FINANCIAL SERVICES REGULATORY AUTHORITY, a tribal regulatory agency,

        Plaintiffs,

  -against-

NEW YORK STATE DEPARTMENT OF FINANCIAL SERVICES; and BENJAMIN M. LAWSKY, in his official capacity as Superintendent of the New York State Department of Financial Services,

        Defendants.

------------------------------------- X

INDEX NO. 13-cv-05930-RJS

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs, by and through their counsel, hereby voluntarily dismiss, without prejudice, the Complaint filed in the above-captioned action.  The parties shall bear their own costs.

Dated: New York, New York.
       October 31, 2014

Respectfully submitted,

DECHERT LLP

By: */s/ David Bernick*
    David Bernick
    1095 Avenue of the Americas
    New York, NY  10036-6797
    Telephone: (212) 698-3500
    Facsimile: (212) 698-3599

    *Attorneys for Plaintiffs*

Of counsel:

Robert A. Rosette
Saba Bazzazieh
ROSETTE, LLP
565 W. Chandler Blvd., Suite 212
Chandler, AZ 85225
Telephone: (480) 889-8990
Facsimile: (480) 889-8998

*Attorneys for Plaintiffs*

-2-